UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY RICHARD ROUSH, JR., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Commissioner of Social Security,[1] <br><br> Defendant. | CIVIL ACTION NO. 3:20-CV-01946 <br><br> (MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 18th day of January, 2022, in accordance with the accompanying Memorandum Opinion, IT IS HEREBY ORDERED THAT:

1. The Commissioner's decision to deny Plaintiff Larry Richard Roush, Jr. benefits under Title II of the Social Security Act (*see* Doc. 1, at 2) is **AFFIRMED**;

2. The Clerk of Court is directed to enter **FINAL JUDGMENT** in favor of the Commissioner and against Roush; and

3. The Clerk of Court is directed to **CLOSE** this case.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**

---

[1] The Court has amended the caption to replace, as the named defendant, Acting Social Security Commissioner Andrew Saul with his successor, Social Security Commissioner Kilolo Kijakazi. *See* Fed. R. Civ. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party.").